

**Entered on Docket
March 15, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, N.A.
09-77982 / 140723206

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-S-07-17069-lbr |
|---|---|
| William C. Boyle and Cynthia A. Bittner | MS Motion No. 47<br>Date: 1/15/2010<br>Time: 10:30 a.m. |
|  | Chapter 13 |
| Debtors. |  |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

1   IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the
2   post-petition arrearages currently due as follows:

| | |
|---|---|
| 2 Monthly Payments at $1,512.71 | $3,025.42 |
| (October 1, 2009 - November 1, 2009) | |
| 1 Monthly Payments at $1,407.77 | $1,407.77 |
| (December 1, 2009 - December 1, 2009) | |
| 1 Monthly Payments at $1,497.17 | $1,497.17 |
| (January 1, 2010 - January 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $6,830.36 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,138.40 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the February 20, 2010 payment and continuing throughout and concluding on or before June 20, 2010. The sixth final payment in the amount of $1,138.36 shall be paid on or before July 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the February 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 4909 Mondell Road, Las Vegas, NV 89130, and legally described as follows:

LOT FIFTEEN (15) IN BLOCK FOUR (4) OF WHISPERING PINES UNIT NO. 3 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 39 OF PLATS, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this

1  Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
2  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
3  State Law, and take any action necessary to obtain complete possession thereof.

5  Submitted by:
6  WILDE & ASSOCIATES

8  By /s/ _____ #10099
9  GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
10  212 South Jones Boulevard
    Las Vegas, Nevada 89107

12  APPROVED AS TO FORM & CONTENT:

13  Kathleen A Leavitt                           David Krieger
14  By _____                   By _____
15  Kathleen A Leavitt                           David Krieger
    Chapter 13 Trustee                           Attorney for Debtors
16  201 Las Vegas Blvd., So. #200                1020 Garces Ave.
17  Las Vegas, NV 89101                          Las Vegas, NV 89101

                                                 Nevada Bar No. _____